No. 858. FUNKHOUSER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *John W. Cable III* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Carolyn R. Just* for respondent.

No. 863. MARTIN *v.* TOYE BROS. AIRPORT SERVICE, INC. C. A. 5th Cir. Certiorari denied. *Felicien Y. Lozes* for petitioner.

No. 864. KWIEK *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 867. PACIFIC CEMENT AND AGGREGATES, INC., *v.* CALIFORNIA BANK ET AL. C. A. 9th Cir. Certiorari denied. *George A. Blackstone* for petitioner.

No. 882. WINZELBERG *v.* R. K. BAKING CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Morris D. Forkosch* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Standau E. Weinbrecht* for the National Labor Relations Board, *William B. Rothschild* for R. K. Baking Corp., and *Samuel J. Cohen* for Bakery and Pastry Drivers and Helpers Union, Local No. 802, respondents.

No. 484, Misc. ISOM *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier* and *Edsel W. Haws,* Deputy Attorneys General, for respondent.